


**Boulder Valley School District**
**Individualized Education Program**

6500 Arapahoe Rd.
Boulder, CO 80303
(303) 447-1010
2/20/2020

| | | | | |
|---|---|---|---|---|
| ████ | | ████ | ████ | ████ |
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## TYPE OF MEETING

**Individualized Education Program**
- IEP Review

IEP Amendment Finalized On Date: 09/14/2020

## DATES OF MEETINGS

**Next eligibility meeting (on or before):** 2/21/2022    **Next review meeting (on or before):** 2/19/2021
**Initial eligibility:**                                 **Initial consent for evaluation:**
**Initial evaluation completed:** 2/26/2007              **Initial consent for service:**

## STUDENT AND FAMILY INFORMATION

| | Prior to Meeting | After Meeting |
|---|---|---|
| **District of Residence** | Boulder Valley School District | Boulder Valley School District |
| **Home School** | ████ | ████ |
| **District of Attendance** | Boulder Valley School District | Boulder Valley School District |
| **School of Attendance** | ████ | ████ |
| **Primary Disability, if any** | Multiple Disabilities | Multiple Disabilities |
| **Secondary Disability (optional)** | Intellectual Disability<br>Speech or Language Impairment | Intellectual DisabilitySpeech or Language Impairment |
| **Primary Educational Environment** | • 02/25/2019: General education class 40% to 79% of the time | • 02/21/2020: General education class 40% to 79% of the time |

**Grade:** ████        **Age:** ████        **Gender:** Male

**Race:** White                              **Ethnicity:** Not Hispanic/Latino
**Primary Language Spoken in the Home:** English    **Student's Primary Language:**
**Does the student have Limited English Proficiency?** No    **Is an interpreter needed for meetings?**

**Parent Contact Information**



---

**EXHIBIT 1**

| ████████ | | ████████ | ████ | ████████ | 2/20/2020 |
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## PROCEDURAL SAFEGUARDS

**I** have been provided the special education procedural safeguards in my native language or other mode of communication on 1/27/2020.

_____          _____
Parent Signature IDEA 300.504(a)                              Date


_____          _____
Parent Signature IDEA 300.504(a)                              Date

## IEP PARTICIPANTS

_____          ████████ _____          ████████ _____
**Student**                                     **Parent**                                        **2nd Parent**
IDEA 300.321(a)(7) and 300.321(b)(1)          IDEA 300.321(a)(1)                     IDEA 300.321(a)(1)


████████ _____          ████████ _____          ████████ _____
**Special Education Director or Designee**     **General Education Teacher**          **Special Education Teacher/Provider**
IDEA 300.321(a)(4)(i)-(iii); ECEA 4.03(5)(a)     IDEA 300.321(a)(2)                     IDEA 300.321(a)(3)

**The Following Persons Were Also In Attendance at the Meeting**

| Name | Title | Area/Agency Represented |
|------|-------|------------------------|
| ███████████ | Occupational Therapist | |
| ██████ | Speech-Language Pathologist | |
| ███████████ | Psychologist and/or Social Worker | |
| | Other | |
| | Other | |
| | Other | |


**C████** was unable to attend this meeting, but the IEP team considered his preferences by:
Both parents attended and advocated for C███'s needs.

---

| ████ | | ████ | ████ | ████ | 2/20/2020 |
|---|---|---|---|---|---|
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT & FUNCTIONAL PERFORMANCE INCLUDING INPUT FROM PARENT & STUDENT

### Student Strengths, Preferences, Interests

What are the student's education/developmental strengths, interest areas, significant personal attributes and personal accomplishments as indicated by formal or informal assessment? Be sure to include specific feedback from the student.

IDEA 300.324(a)(i) strengths of child
IDEA 300.321(b)(2) preferences and interests
IDEA 300.43(a)(2) secondary transition

████ is a 15 year old young man attending ████ as a sophomore. ████ is very polite and often responds positively to requests in the classroom setting. He has a great sense of humor and is very social. ████ enjoys working with peer mentors in the classroom setting. ████'s love for everything "Cars" can be a great motivator for ████, such as listening to "Life is a Highway" as a reward or to energize him into action when he's feeling a bit tired.

████ continues to enjoy science, cooking activities and community outings. Recently we made slime as an example of a non Newtonian fluid and ████ loved it! When we cook something ████ does not want to try he responds with "I'm good", although he is willing to try many things we create in life skills and science.

████ has improved greatly in being responsible in the community and easily responds to staff reminders to stay with the group. He navigates public transportation by handing the driver his ticket and requesting a transfer for the ride back to school and is responsible for holding on to his ticket during the outing.

████ is a pleasure to have in class and works hard with reminders to stay on task and to earn break time activities with his star chart.

Health History, ████, BSN, RN

Record review and parent, ████ telephone interview.

████ loves school. He enjoys being around other students, peer mentors and is always eager to come to school.

████ has not had any hospitalizations this year. ████ sees several specialized healthcare providers, annually. Currently there are no concerns. The only exception is with his sleep apnea. ████ may have to have another sleep study. ████ wakes up 1-3 times a night. ████ has a CPAP Sleep Apnea Machine but does not keep it on during the night. As a result, he may have a hard time concentrating at school due to daytime sleepiness, irritability, fatigue, headache, dry mouth and dry throat. ████ can benefit from rests in the health room as needed and hydration daily at least 60 ounces daily. ████ also has an individualized healthcare plan and medication in the health room.

████ has had four pinworm infections. Currently, ████ is taking a prescription medication to treat them. Frequent hand hygiene should be applied and reminders to redirect ████ from putting his hands in his mouth then wash the with soap and water.

Field trip planning must occur in advance to ensure that ████'s health needs can be met during the event and proper delegation of medication administration is done by the school nurse. The school nurse will also continue to monitor ████'s health status at school and maintain continued communication with his mother and care providers as necessary.

### Present Levels of Educational Performance Summary

Include results of initial or most recent evaluation, including, if appropriate, the results of any interventions, progress monitoring and gap analyses.

IDEA 300.320(a)(1) present levels of academic achievement and functional performance
IDEA 300.324(a)(iii) Results of initial or most recent evaluation

| | | | | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Attendance- no concerns

Grades:

Life Skills: A

ASC Jobs: A

ILC Math: A

ILC  LA-A

ILC Science-A

Wellness in Action-A

ASC A

**Progress Monitoring:**

**Goal 1: Writing- Progress made**

In order to be successful as an employee, it is important to be able to communicate by emails. Therefore, by February, 2020, C████ will meet the following objectives:

Objective 1

By February 2020, C████ will type his first name when given to him in print with 100% accuracy and correct capitalization in ? opportunities.

December 2019 Progress Report Remarks-C████ requires maximal support in finding the letters h-a-n and e on the keyboard at first. Given multiple trials in one sitting C████ improves accuracy to 60%.

February 2020: C████ is at 60% accuracy in typing his name and requires maximal prompting.  **Progress made, goal will be modified**

Baseline: C████ can find and type "C" independently when given text to copy.

Objective 2

By February 2020, with support typing his username and password, C████ will use a computer mouse to independently login to the computer and access the internet, with 75% accuracy in 3/4 opportunities.

December 2019 Progress Report Remarks- C████ is doing well with operating the computer mouse independently!

February 2020: C████ can click on his username and password boxes with 2-3 prompts, with 100% accuracy in ¾ opportunities: **Objective met**

Baseline: With prompting and review of how to use the mouse, C████ can click the username and password lines to enter information.

**GOAL 3: Social Emotional Wellness: Progress Made**

Adults need to have appropriate emotional regulation in order to be safe and successful in work experiences. Therefore, by February 2020, C████ will demonstrate safe transitions (walking rather than running, standing or sitting in chair rather than lying on floor, staying with group) in the following settings.

Objective 1

By February 2020, C████ will demonstrate safe behaviors when transitioning from a preferred to non-preferred activity with no more than two prompts in 4/5 opportunities.



| ████ | | | | 2/20/2020 |
| Legal Name of Student | DOB | LASID | SASID | IEP Meeting Date |

December 2019: ████ generally transitions well with prompting and his star chart from preferred to non preferred activities.

February 2020: Progress made- ████ is transitioning well from preferred to non preferred activities but sometimes requires more than 2 prompts: **Progress made**

Baseline: ████ requires 2-3 prompts when transitioning from preferred to non-preferred.

Objective 2

By February 2020, ████ will demonstrate safe behaviors when transitioning between classes (walking rather than running, staying with group) in the building with no more than one prompt in 3/5 opportunities.

December 2019: ████ is doing well with staying with the group with occasional prompting. ████ responds "yes m'am" or "yes sir" when redirected.

February 2020: ████ has regressed on this goal a bit when going to and returning back to the ILC. He still sometimes runs ahead and ignores adults, prompting him to stay with the group. **Goal will be continued.**

Baseline: ████ requires 1-2 prompts to walk with adult(s) when transitioning between classes.

Objective 3

By February 2020, ████ will demonstrate safe behaviors in the community (staying with group) with no more than 2 prompts in ? opportunities.

December Progress 2019: ████ stays with the group in the community in 5/5 opportunities. **Objective met**

February 2020: ████ has maintained safe behaviors in the community (stating with the group) in 5/5 opportunities with 2 or fewer prompts. ████ still has 1:2 or 1:3 adult support in the community. He does not require 1:1 adult support.**Objective met**

Baseline: ████ currently requires 1:1 or 1:2 adult to student support in the community to ensure he stays with the group, on his feet, and walking.

**Goal 4: Reading: Progress Made**

In order for ████ to be as independent as possible as an adult it is important for him to understand environmental print and relay information. Therefore, by February 2020, ████ will meet the following objectives:

Objective 1

When given a short story or article at the 1.0 reading level that is read aloud while ████ follows along and highlights important information with support, ████ will be able to achieve 60% accuracy in answering four "who," "what," "when," "where" and "why" multiple choice questions in 3/5 opportunities.

December 2019: **Progress made.** When ████ is actively engaged he can achieve 80% accuracy on this goal.

February 202: ████ is able to achieve 60% accuracy in answering four Wh multiple choice questions. ████ is not always focused if he loses interest and requires multiple prompts to stay focused. **Progress made.** Goal will be continued with increased accuracy and fewer prompts.

Baseline: ████ is able to answer "wh" questions with 40% accuracy.

Objective 2

By February 2020, ████ will be able to recognize five functional words in print (men, women, boy, girl, exit) with 80% accuracy in 4/5 opportunities.

December 2019: ████ has met this objective and we are adding more site words to his vocabulary.

February 2020: ████ is making progress with his community word recognition. In addition to the five functional words in print (men, women, boy, girl, exit) ████ recognizes many road and community signs ( slippery when wet, Stop, Go, Walk, Don't Walk). **Objective Met. New goal will be created.**

| | | | | 2/20/2020 |
|---|---|---|---|---|
| Legal Name of Student | DOB | LASID | SASID | IEP Meeting Date |

Baseline: ▮▮▮ can identify the word "exit" 50% of the time.

**Goal 5: Mathematics: Limited progress**

In order to live safely as an adult it is important to be responsible for money. By February 2020, ▮▮▮ will be able to meet the following objectives:

By February 2020, ▮▮▮ will demonstrate 1:1 correspondence through counting money $1-$10 with 75% accuracy in 3/4 opportunities.

December 2019: ▮▮▮ is at 75% accuracy for $1-$5 in 3/4 opportunities.

February 2020: ▮▮▮ is at 75% accuracy for $1-$5 in 3/4 opportunities.

**Goal will be continued.**

Baseline: ▮▮▮ demonstrates 1:1 correspondence consistently with $1-$4.

Objective 2

By February 2020, when given an item $5 or less and a number line, ▮▮▮ will be able to determine the correct amount needed to purchase,determining the next dollar, with 75% accuracy in 3/4 opportunities.

December 2020: ▮▮▮ is at 75% accuracy using the next dollar up strategy to $4

February 202:▮▮▮ is at 75% accuracy using the next dollar up strategy to $4

**Goal will be continued and will be increased to a higher dollar amount**

***

COMMUNICATION:
I have greatly enjoyed seeing ▮▮▮ for speech therapy. I have seen him for therapy both within the classroom and outside of the classroom in 1:1 sessions. Following are his goals/objectives and his progress towards them.

GOAL: By February 2020, in order for ▮▮▮ to be as independent as possible as an adult it is important for him to improve his functional communication skills:

OBJECTIVE:
In order for ▮▮▮ to increase his speech intelligibility, he will use intelligibility strategies (slowing rate of speech, looking up/facing listener, eye contact) in spontaneous speech with 5 cues per 30-minute period to 2 cues per 15-minute period in structured speaking in the classroom.

GOAL MET:
During structured activities, ▮▮▮ is using intelligibility strategies (primarily looking up and making eye contact) in spontaneous speech with approximately 2 cues every 15 minutes. He requires more assistance to slow down his speech, e.g. by providing tactile cues. Of note, he is able to independently verbalize his three intelligibility strategies (look up, use/open your eyes, slow down).

OBJECTIVE:
In order for ▮▮▮ to increase his speech intelligibility, he will produce /f/ and /v/ in initial consonant position in target words in 8/10 opportunities across three consecutive data collection periods.

PROGRESS MADE:
Given visual for voiced versus voiceless sounds, ▮▮▮ is producing /f/ and /v/ in initial consonant position in target words in approximately 7 out of 10 opportunities. Examples of words ▮▮▮ is correctly producing include:

first, fox, food, farm, family
vacuum, vegetable, van, video

| ███ | | | | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

OBJECTIVE:
By February 2020, C████ will answer 5 fixed questions about personal narrative (i.e. "What is your full name?", "What is your mom's/dad's name?) with 80% accuracy over 3 data collections with three different people asking C████ the questions.

PROGRESS MADE:
C████ is answering fixed questions about his personal narrative with approximately 60% accuracy. He is independently stating his full name, his mother and father's names, his city and state of residence. He is not independently stating his home address or his phone number; however, he is able to independently report that his home is in Boulder, Colorado. Moreover, given visual cues and moderate prompting, C████ is able to read out loud his phone number digit by digit.

███████████████

***

Independent Living Skills (OT)

C████ has been receiving 100 minutes of indirect occupational therapy services for the past year. The focus of these services has been to support C████'s acquisition of skills in his life skills class. In addition, the OT has consulted and collaborated with the team regarding C████s self regulation. On occasion C████ can appear lethargic and be reluctant to participate in class activities. He responds to movement breaks as well as external incentives such as a star chart to work towards a preferred activity.

C████s progress towards OT related goals is as follows:

Independent Living Goal: In order to live as independently as possible, C████ will improve his skills in the area of independent living skills as measured by the following objectives:

**Progress: Goal in progress, currently not met**

Objective: C████ will demonstrate improved dexterity and independence by mastering use of at least 2 of the following 3 tools / daily living items in 2 of 3 trials over at least three data sessions.

- open a can with a can opener

- slice items with a serrated knife

- engage and zip the zipper on a coat

**Progress: Objective Met.** C████ engages the zipper on his winter coat independently. He may need assistance if part of the material becomes stuck in the zipper. C████ is able to slice a soft item (banana, bread, cheese stick) using a serrated knife. He is aware of stabilizing the food item with his left hand but keeping his fingers safe. He may need cues to press with adequate pressure when sliding the knife back and forth. His sliced items are typically ½ inch to one inch wide and are not consistent in size. C████ can place a can opener on the edge of a can, squeeze to hold it in place and turn the lever in order to open the can. C████ may need a cue to assure that he has squeezed the can opener with enough force to pierce the can.

Objective 2: C████ will access a wallet in order to obtain or store coins, cards and/or bills when paying for items in the community in 2 of 3 trials over at least three data sessions.

**Progress: Objective not met.** C████ has not consistently used a wallet for carrying his money on math outings. He counts out the necessary bills for the cashier with prompts. We will carry over this objective for the following year.

**Describe the age appropriate transition assessment process used to develop the post school goals**
ECEA 4.03(6)(d)(ii)
This section is to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9th grade, and updated annually.

| Assessment Strategy or Tool | Administered and/or Interpreted By | Date Completed |
|---|---|---|
| Individualized Education Program Transition Planning | B████ Valley School District | 2/10/2020 |
| Parent Transition Survey | ████████ | 2/10/2020 |

EXHIBIT 1

C████████████                        ████████    ██████    ████████          2/20/2020
**Legal Name of Student**                    **DOB**      **LASID**      **SASID**              **IEP Meeting Date**

| Assessment Strategy or Tool | Administered and/or Interpreted By | Date Completed |
|---|---|---|
| Transition Planning | ██████████ | 2/10/2020 |
| Parent Transition Survey | | 2/10/2020 |

| ██████ | ████ | ████ | ██████ | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Summary of Results** ECEA 4.03(6)(d)(ii)

Transition Survey: ██████ (mom's) responses.

Person Centered Planning:

What kind of place will ██████ live in the future? " I hope ██████ will transition to living in a safe and cheerful community in Boulder with peers that are social. I want our family to be able to actively participating and for him to come home regularly.  The physical place  could be a group home, co-operative living, some time at home with parents and sister. ██████ is super social  so space sharing is preferred.

██████ will need support with ADL's (adult daily living) including meal preparation, hygiene, skin care (he is vulnerable to skin infections that could compromise his heart condition). He needs someone <u>always</u>  available at night because he wakes up.

██████ will need support with transportation, meal planning,shopping for groceries, making doctor appointments (he sees several specialists; cardiology, pulmonology, ENT, dermatology...), bathing, laundry, dressing, toileting.

██████ "would like to see ██████ have a job- he offers so much to his community and I want that to continue. ██████ loves school and calls it his work, so I think he will transition to employment with great enthusiasm."

Some of ██████'s favorite things to do include going to Disney (#1),  swimming, bowling, going out to restaurants (Wendy's counts), going to the park, going on walks, shopping for groceries, helping out around the house, movies, dancing and gymnastics. ██████ loves to move!

██████ does not like soccer but enjoys many other sports. ██████ is very active! On weekends he enjoys "an easy morning", then doing an activity or visiting family and going out to eat with family.

Parents plan to keep ██████ at school as long as he is eligible. ██████ will attend transitions after high school.  Mom also  has a goal for ██████ to attend a day program that involves a job with the opportunity to be in the public. ██████ is very social and will benefit from being with people.

Given a list of ██████ s greatest needs and a ranking of 1 being the highest need and 5 being the lowest priority need ██████ reported the following:

1. Community safety, communication skills, friendships and social relationships, personal care needs

2. Safe sexual behavior and sexual health education, vocational and career exploration.

3. Meal planning, preparation and cleaning up.

4. Household chores

5. Basic academic skills, money management skills, disability knowledge/ self advocacy, recreation/leisure activities, shopping skills, assistive technology, travel skills, health care management and toileting .

Employment and Career Training: Work programs with adults with special needs in the community. She is not sure what ██████ wants to do, but he want to work at Disney Land or be a chef. She feels these are attainable skills with support. ██████ is very helpful and she is sure there will be a good fit for him. ██████ will require ongoing support to perform a job ( job coach or personal care attendant).

Concerns that you have about your son living on his own: ██████ can't shop independently, take care of his heath related concerns***, has been too dependent. won't take good care of himself, will be lonely, will be exploited (sexual, physical, financial) . He needs constant care and can not be left alone.

Guardianship/ Financial Supports/ Trusts:

Want ██████ to be supported by Social Security, wages, and government benefits. ██████ has a trust and is included in his parents will.

██████ will need support with transportation- rides with family and Via transport.

██████ enjoys many recreation and leisure activities. Mom is not sure about what kind of relationships and partnerships ██████ will form but is open to supporting partnerships.

| | | | | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Mom is aware of some and involved with other  adult services. Areas of need include vocational and employment rehabilitation services, adult social security services, centers for independent living, community employment resources, government assistance, transportation services and mentorship programs.

This information will be considered in making transition and IEP goals.

## Student Needs and Impact of Disability
How does the student's disability affect his involvement and progress in the general curriculum and participation in appropriate activities?
For students of transition age, how does the student's disability affect his attainment of the postsecondary goals?
<span style="color:red">IDEA 300.324(a)(ii) concerns of parent</span>
<span style="color:red">IDEA 300.324(a)(iv) communication needs</span>
<span style="color:red">IDEA 300.320(a)(1)(i) How the child's disability affects the child's involvement and progress—in the general curriculum and participation in appropriate activities</span>
Due to ███████s multiple disabilities including Intellectual Disability and Speech or Language Impairment. ███████ continues to require specialized instruction in academics and language (including speech services) to access the general education curriculum and to close the gap between the ███████ and his  peers. ███████ has the following needs:

- increase writing skills
- increase language skills
- increase vocational\career skills
- increase reading skills
- increase math skills
- increase Independent Living skills

## Parent/Student Input
<span style="color:red">IDEA 300.324(a)(1)(ii) concerns of parent</span>
At meeting parents shared they would like ███████ to take skateboarding at ████.  He loves to do jumping jacks and push ups.  He does special Olympics gymnastics and basketball.  Let me get his "wiggles" out and he is better able to focus.

Parents report that ███████ has a mild hearing loss.  On 10/21/19 ███████was referred for further hearing screenings test per the district hearing assessment.

| | | | | |
|---|---|---|---|---|
| C▓▓▓▓▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ | 2/20/2020 |
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

Parents would like C▓▓▓ to take Video and Film.

Parents requested increased OT services and a shoe tying goal

Parents would like C▓▓▓ spend as much time in general education interacting with peers as possible while still receiving an adequate amount of time in the ILC to achieve his IEP goals. Parents also requested C▓▓▓ work with peer mentors as much as possible, and if more time is needed in the ILC, they would prefer that C▓▓▓ has access to peer mentors for important social interactions with peers.

Parents want C▓▓▓ to continue to work on being safe  (stopping at cross walks and stating with the group in school and out in the community) in the school and community environments.

Parents want C▓▓▓ to be able to participate in wrestling in his Junior year.

## Measurable Post-School Goals

This section is to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9th grade, and updated annually. ECEA 4.03(6)(d)

Measurable post-school goals must be based on current-age-appropriate transition assessments.

### Post-School Education/Training Goal

C▓▓▓ will receive on the job training in the retail/ service industry with support.

### Career Employment Goal

C▓▓▓ will receive on the job training in the retail/ service industry with support.

### Independent Living Skills Goal (when appropriate)

N/A

| C█████ | █████ | █████ | █████ | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## CONSIDERATION OF SPECIAL FACTORS

**The student exhibits behavior that requires a Behavior Intervention Plan.** IDEA 300.324(a)(2)(i)
See accompanying Behavior Support Plan

**The student has unique communication needs.** IDEA 300.324(a)(2)(iv)
As a student with Multiple Disabilities, which includes a medical diagnosis of Down Syndrome, C█████ can be difficult to understand due to his articulation delays. In order to access FAPE, he requires picture cues for communication/choice making and visual examples in order to communicate his needs in the academic setting when he is not verbally understood. C█████ should have access to technology to support him in accessing his education.

**The student needs Assistive Technology devices or services.** IDEA 300.324(a)(2)(v)
Assistive technology team for consultation and support.  iPad applications help support communication

**The student requires Special Transportation.** IDEA 300.34 Related Services (a); 300.34 (a)(16); 300.107(b)
See accompanying Transportation Request

**The student requires a Health Care Plan.**
Health room and ILC classroom

**The student is not blind or visually impaired.** IDEA 300.324(a)(2)(iii)
**The student is not deaf or hard of hearing.** IDEA 300.324(a)(2)(iv)
**The student is not deaf-blind.** IDEA 300.324(a)(2)(iii)  & 300.324(a)(2)(iv)
**The student does not have Limited English Proficiency.** IDEA 300.324(a)(2)(ii)

## POST-SECONDARY TRANSITION PLAN

**This section to be completed for each IEP, starting when the student is 15 (or earlier if appropriate), but not later than the end of 9th grade, and updated annually.** ECEA 4.03(6)(d)

**Projected date of graduation/program completion:** 5/27/2022 IDEA 300.102(a)(3)(i)-(iii) limitation to FAPE
**Projected type of completion document:** Standard High School Diploma

**Career Employment Goal**
C█████ will receive on the job training in the retail/ service industry with support.

**Post-School Education/Training Goal**
C█████ will receive on the job training in the retail/ service industry with support.

**Independent Living Skills Goal (when appropriate)**
N/A

**Planned Course of Study** ECEA 4.03(6)(d)(iii)
**The class schedule must be multi-year (through exit), specific and individualized, and directly linked to the postsecondary goals. The planned course of study must address all post-school areas that are identified for the student.**
The following planned course of study is a blueprint for C█████ to follow in order to meet the requirements (220 credits) for a BVSD high school diploma, and is subject to change.  C█████s graduation requirements will be directed by this IEP, which will supersede district graduation requirements.  Some courses which are typically required, such as the foreign language requirement, will be waived and replaced with courses that better prepare C█████ to achieve her IEP annual goals and post secondary goals.

| ████████████ | ████████ | ██████ | ████████ | 2/20/2020 |
| Legal Name of Student | DOB | LASID | SASID | IEP Meeting Date |

In his freshman year, O████ earned credits in ILC Language Arts, ILC Math, Life Skills, Adaptive PE, academic support class, Photography, Pottery, and Catering.

In his sophomore year, O████ is earning  70 credits by completing the following courses:  ILC Language Arts, ILC Math, Life Skills, ILC Science, Adaptive PE, academic support class, pottery, Wellness in action  and Photography.

In his Junior year, O████ will earn 70 credits by completing the following courses:  ILC Language Arts, ILC Math, Academic Support Center, Draw/Paint 2 or Video & film, Photography, two PE courses, (Skate boarding if possible) Wage Earn and one other course to be determined.

In his senior year, O████ will earn 70 credits by completing the following courses:  ILC Language Arts, ILC Math, Academic Support Center, LOYO, Pottery 1, two PE courses and three other courses yet to be determined.

After his senior year in high school, O████ may attend the District Transition Program.

## Transition Services and Activities ECEA 4.03(6)(d)(iii)
Describe the activities provided by the adults in the community that will enable and promote the student's progress toward meeting annual and postsecondary goals. Include special education, general education, related services, services from other agencies, and services provided by families, as appropriate for student's needs. Transition services must be specific and individualized and must state what the adults will provide.

### Education/Instruction and Related Services ECEA 4.03(6)(d)(ii); ECEA 2.51(1)(b)
The special education teacher will provide direct instruction in math, reading and writing.

The speech language therapist will provide direct instruction in using appropriate communication skills

The school psychologist will provide consultation the case manager who will provide direct instruction in using appropriate behavior skills

The occupation therapist will provide consultation to the case manager who will provide direct instruction in using appropriate motor skills to improve his independence with daily living skills.

### Career/Employment and other Post-School Adult Living Objectives ECEA 4.03(6)(d)(ii); ECEA 2.51(1)(b)
The special education teacher will provide direct instruction in math, reading and writing.

The speech language therapist will provide direct instruction in using appropriate communication skills

The school psychologist will provide consultation the case manager who will provide direct instruction in using appropriate behavior skills

The occupational therapist will provide indirect services to the case manager who will provide direct instruction in using appropriate motor skills.  Indirect service will encompass consultation, collaboration and material production for O████.

### Community Experiences
The special education teacher will provide direct instruction and experiences in navigating the community and  the public transportation system.

### Agency Linkages
The family is currently connected to IMAGINE!

| ████ | ████ | ████ | ████ | 2/20/2020 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## ANNUAL GOALS <span style="color:red">IDEA 300.320(a)(2)(i)</span>

**Progress Report (Describe how parents will be informed of C████'s progress towards goals and how frequently this will occur.)** <span style="color:red">IDEA 300.321(a)(3)(iii)</span>
Parents will be informed of student progress at report card time.

### Goal 1
**Area of Need:** Writing
**Projected Achievement Date:** 2/19/2021
**ESY:** Yes
**Unit of Measurement:** <span style="color:red">IDEA 300.320(a)(3)(i)</span> % accuracy
**Baseline Data Point:** see objectives
**Evaluation Method:** <span style="color:red">IDEA 300.321(a)(3)(iii)</span> Monitor and Chart Progress
**Measurable Goal:** <span style="color:red">IDEA 300.320(a)(2)(i)</span>
    In order to be successful as an employee, it is important to be able to communicate by emails.  Therefore, by February, 2020, C████ will meet the following objectives:
**Objectives:** <span style="color:red">IDEA 300.320(a)(2)(B)(ii)</span>
    By September  2021, C████ will  use a computer mouse and be able to log in to a computer with his log in and password with 2 or less prompts given a visual model, showing the keys that need to be typed  in 2/4 trials with 100% accuracy.

    Baseline: C████ can navigate to the log in and password and click on the appropriate boxes with 2-3 prompts
    By February 2021, C████ will  use a computer mouse and be able to log in to a computer with his log in and password with 2 or less prompts given a visual model in  3/4 trials with 100% accuracy.
    Baseline: C████ can navigate to the log in and password and click on the appropriate boxes with 2-3 prompts

**Standards:**
- Grade 11  //  3 Writing and Composition  //  3 Writing demands ongoing revisions and refinements for grammar, usage, mechanics, and clarity  //  Extended Readiness Competencies  //  1 Following directions for editing writing

### Goal 2
**Area of Need:** Language
**Projected Achievement Date:** 2/19/2021
**ESY:** Yes
**Unit of Measurement:** <span style="color:red">IDEA 300.320(a)(3)(i)</span> See goals/objectives
**Baseline Data Point:** See goals/objectives
**Evaluation Method:** <span style="color:red">IDEA 300.321(a)(3)(iii)</span> Monitor and Chart Progress
**Measurable Goal:** <span style="color:red">IDEA 300.320(a)(2)(i)</span>
    In order for people to be as independent as possible as adult,s it is important for them to improve their functional communication skills. Therefore, by February 2021 C████ will meet the following objectives:

**EXHIBIT 1**

| Legal Name of Student | DOB | LASID | SASID | 2/20/2020 IEP Meeting Date |
|---|---|---|---|---|

**Objectives:** IDEA 300.320(a)(2)(B)(ii)

Given tactile/verbal/visual cues, C___ will produce key multisyllabic words (e.g. of personal or academic importance) with 60% accuracy.

BASELINE: C___ is producing multisyllabic words (e.g. "Colorado") with approximately 40% accuracy.

Given tactile/verbal/visual cues, C___ will use his intelligibility strategy of slowing down on 3 of 5 opportunities when he is not understood.

BASELINE: C___ is slowing down on approximately 1-2 of 5 opportunities when he is not understood.

Using verbal and/or other modalities, C___ will convey a novel message intelligibly to conversation partner successfully 70% of opportunities, across 3 data collection sessions.

BASELINE: C___ is conveying a novel message intelligibly approximately 50% of opportunities.

**Standards:**

- Grade 10  //  1 Oral Expression and Listening  //  1 Content that is gathered carefully and organized well successfully influences an audience  //  Evidence Outcomes  //  d Rehearse the presentation to gain fluency, to adjust tone and modulate volume for emphasis, and to develop poise
- Grade 10  //  1 Oral Expression and Listening  //  1 Content that is gathered carefully and organized well successfully influences an audience  //  Extended Evidence Outcomes  //  II Gather and organize information three pieces of information for a presentation

## Goal 3
**Area of Need:** Vocational\Career Skills
**Projected Achievement Date:** 2/19/2021
**ESY:** Yes
**Unit of Measurement:** IDEA 300.320(a)(3)(i) number of prompts
**Baseline Data Point:** see objectives
**Evaluation Method:** IDEA 300.321(a)(3)(iii) Monitor and Chart Progress
**Measurable Goal:** IDEA 300.320(a)(2)(i)

Adults need to have appropriate emotiona  regulation in order to be safe and successfu  in the retail/ service industry. Therefore, by February 2021, C___ will demonstrate safe transitions (walking rather than running, standing or sitting in chair rather than lying on floor, staying with group) in the following settings.

**Objectives:** IDEA 300.320(a)(2)(B)(ii)

By February 2021, C___ will demonstrate safe behaviors when transitioning from a preferred to non-preferred activity with  two  or fewer prompts in 4/5 opportunities.

Baseline: C___ requires 2-3 prompts when transitioning from preferred to non-preferred.

By February 2021, C___ will demonstrate safe behaviors when transitioning between classes (walking rather than running, staying with group) in the building with one or  no prompts in 3/5 opportunities.

Baseline: C___ requires 1-2 prompts to walk with adult when transitioning between classes.

**Standards:**

- Grades 09-12  //  4 Prevention and Risk Management in Health  //  10 Advocate for changes in the home, school, or community that would increase safety  //  Nature of Health:  //  2 Effective strategies can be learned for avoiding and reducing the risk of harm in unhealthy or potentially unsafe situations.

## Goal 4
**Area of Need:** Reading

| C████ | ████ | ████ | ████ | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Projected Achievement Date:** 2/19/2021
**ESY:** Yes
**Unit of Measurement:** IDEA 300.320(a)(3)(i) # of opportunities
**Baseline Data Point:** see objectives
**Evaluation Method:** IDEA 300.321(a)(3)(iii) Monitor and Chart Progress
**Measurable Goal:** IDEA 300.320(a)(2)(i)

In order for people to be as independent as possible as adults it is important for them to understand environmental print and relay information. Therefore, by February 2020, C████ will meet the following objectives:

**Objectives:** IDEA 300.320(a)(2)(B)(ii)

By February 2021, when given a short story or article at the 1.0 reading level that is read aloud while C████ follows along and highlights important information with support, C████ will be able to achieve 80% accuracy in answering four "who," "what," "when," "where" and "why" multiple choice questions in 4/5 opportunities. and 2 or fewer prompts

Baseline: C████ is able to answer "wh" questions with 60% accuracy and 3-4 prompts.

By February 2021, C████ will be able to recognize 15 functional words in print with 100% accuracy in 4/5 opportunities.

Baseline: C████ can identify 8 functional community words

**Standards:**

- Grade 11  //  2 Reading for All Purposes  //  3 Knowledge of language, including syntax and grammar, influence the understanding of literary, persuasive, and informational texts  //  Extended Evidence Outcomes  //  I Determine the meaning of words encountered in the work and community environment

**Goal 5**
**Area of Need:** Mathematics
**Projected Achievement Date:** 2/19/2021
**ESY:** Yes
**Unit of Measurement:** IDEA 300.320(a)(3)(i) % accuracy
**Baseline Data Point:** see objectives
**Evaluation Method:** IDEA 300.321(a)(3)(iii) Monitor and Chart Progress
**Measurable Goal:** IDEA 300.320(a)(2)(i)

In order to live as independently as possible adults need to be responsible with money. Therefore by February 2021, C████ will be able to meet the following objectives:

| | | | | |
|---|---|---|---|---|
| C█████ | ███████ | ██████ | ██████████ | 2/20/2020 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Objectives:** IDEA 300.320(a)(2)(B)(ii)

By February 2021, C█████ will demonstrate 1:1 correspondence through counting money $1-$10 with 75% accuracy in 3/4 opportunities.

Baseline: C█████ demonstrates 1:1 correspondence consistently with $1-$4.

By February 2021, when given an item $10 or less and a number line, C█████ will be able to determine the correct amount needed to purchase, determining the next dollar, with 75% accuracy in 3/4 opportunities.

Baseline: C█████ demonstrates 1:1 correspondence consistently with $1-$4.

**Standards:**

- Grades 09-12  //  1 Number Sense, Properties, and Operations  //  2 Quantitative reasoning is used to make sense of quantities and their relationships in problem situations  //  Extended Evidence Outcomes  //  I Solve real world whole number problems involving three steps or fewer labeling quantity (e.g. 23 miles, 36 dollars).

**Goal 6**
**Area of Need:** Independent Living Skills
**Projected Achievement Date:** 2/19/2021
**ESY:** No
**Unit of Measurement:** IDEA 300.320(a)(3)(i) 2 of 3 trials over at least three data sessions.
**Baseline Data Point:** C█████ needs supervision or help to complete these actions.
**Evaluation Method:** IDEA 300.321(a)(3)(iii)
**Measurable Goal:** IDEA 300.320(a)(2)(i)

In order to live as independently as possible, people need to  improve their  skills in the area of independent living skills, therefore C█████ will meet the following objectives by February 2021:

**Objectives:** IDEA 300.320(a)(2)(B)(ii)

C█████ will demonstrate improved dexterity and independence by mastering the following skills in 2 of 3 trials over at least three data sessions.

- hang his coat on a hanger
- slice a variety items with a serrated knife
- tie his shoes

(in order to meet his shoe tying objective C█████ will need to wear shoes with laces to school.  They need to be shoes with thick/wide laces (as on sneakers or sports shoes) vs. dress shoes or hiking boots.)
C█████ will access a wallet in order to obtain or store coins, cards and/or bills when paying for items in the community in 2 of 3 trials  over at least three data sessions..

**Standards:**

- Grades 09-12  //  1 Movement Competence and Understanding in Physical Education  //  1 Participate at a competent level in a variety of lifelong physical activities  //  Relevance and Application:  //  1 Individuals participate successfully in a wide range of physical activities over the course of their education, with the aim that such participation will continue through an individual's lifetime.

| | | | | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## ACCOMMODATIONS & MODIFICATIONS

### Accommodations

**What type(s) of accommodations(s) *if any* is (are) necessary for the student to access the general curriculum and/or appropriate activities to make effective progress?**

IDEA 300.320(a)(4)(i)-(iii)
IDEA 300.320(a)(6)(i)

▇ needs adult monitoring for safety all day (parent reported ▇ has had several recent instances where he has left community settings unsupervised), which includes restroom and locker room settings
Use of star chart to promote positive behavior
visual supports and advance notice of expectations and changes in routine - this includes emergency drills
direct instruction of social skills with frequent reminders
access to preferred materials, sensory opportunities, and movement breaks built into his day
Opportunities to do a "job" as motivation to get up and move around
1:1 instruction opportunities
Due to ▇s health condition - Polycythemia, ▇ should be offered water throughout the day and encouraged to drink more frequently
reriodEncourage the use of knife and fork while eating; encourage "restaurant rules" within the cafeteria to prompt pro-social expected behaviors within the cafeteria setting
clear reinforcement schedule
may need small group instruction for all academics
provide extra response time for him to answer
scribe for writing or use assistive technology - picture choices for writing
Allow the use of other materials (i.e. washable markers, iPad, quiet small toys) to use while listening to teacher in general education classes
break down tasks into manageable parts
give short, simple directions
Prompt ▇ to use "good hands" in classroom settings if he is observed with his hands in his pants or scratching his face.  Counting to 5 also helps to redirect him.
Prompt ▇ to use the bathroom at the end of every class period
Supervision for toileting if he has a bowel movement.
Root beer can be used in a situation when you need to have a high reward (i.e. emergency drills); If this reinforcer is observed to become less reinforcing for ▇, team should reassess high reward reinforcers
Access to technology to support unique communication needs (e.g. ▇ can be difficult to understand due to articulation delays and may require picture cues to help facilitate communication)
Provide articulatory placement cues as applicable for target sounds a in consultation with SLP.
Remind ▇ to use intelligibility strategies--looking at the listener, eye contact, slowing rate of speech
Require to ▇ to go to the nurse for any cuts or scrapes and immediately notify parent of any cuts/scrapes that occur at school.

### Modifications

IDEA 300.320(a)(4)(ii)

**What modifications to the general curriculum, if any, need to be made to enable the child to be involved in and make progress in the general education curriculum?**

▇ has access to the general education curriculum in Social Studies, Science,  and PE.
Essential learning concepts are identified in his general education classes and then work is modified with key concepts

## EXTENDED SCHOOL YEAR DETERMINATION IDEA 300.106

**Summarized findings based on completion of the ESY Predictive Factors.**
The student did experience severe regression on his IEP goals and objectives.

| ████████ | ██████ | █████ | ████████ | 2/20/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

The student did require an unreasonably long period of time to relearn previously learned skills.

Predictive factors indicate the need for ESY services.

It has been determined that the student is eligible for extended school year services.

## STATE AND DISTRICT ASSESSMENTS

*Accommodations and modifications must reflect those used in daily classroom instruction.*

**District Assessments**

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| Reading | Alternate | |
| Writing | Alternate | |
| Math | Alternate | |
| Science | Alternate | |
| Social Studies | Alternate | |
| Other | | |

**State Assessment**

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| CMAS: English Language Arts | No | |
| CMAS: Math | No | |
| CMAS Science and Social Studies | No | |
| PSAT | No | |
| SAT | No | |
| CoALT: English Language Arts/Math | Yes | |
| CoALT: Science/Social Studies | Yes | |
| Colorado Spanish Language Arts | No | |
| ACCESS for ELLS (Online, Paper) | No | |
| Alt ACCESS for ELLS | No | |

**Justification for alternate assesment:** IDEA 300.320(a)(6)(ii)(A) and (B)
- The student exhibits a significant cognitive disability as determined through empirical evidence
- The student will receive instruction on the Extended Evidence Outcomes (alternate standards)

**EXHIBIT 1**

| ██████████ | ██████ | ██████ | ██████ | 2/20/2020 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

- The IEP team met to review annual assessment data and determined the student's eligibility

**If the IEP Team has determined that the student qualifies for alternate assessments, parents have been informed about the differences between regular and the alternate assessments (both state and district) and the effects of these, if any (including that, for students taking alternate assessments, achievement will be measured based on alternate achievement standards):** Yes

| | | | | | 2/20/2020 |
|---|---|---|---|---|---|
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

## SERVICE DELIVERY STATEMENT

**Statement of types and anticipated location of services to be provided to and on behalf of the student. If the student was found eligible for ESY services, be sure to include a description of those services here. For transition aged students, special education and related services must link to the postsecondary goals in the transition services section.** 300.320(a)(4) and (7)

Under the direction of the special education teacher IEP goals and objectives will be supported by IEP implementers through an integrated service delivery model which includes consultation, modeling, re-teaching, co-teaching, and direct instruction responsive to individual needs.
Specialists within the specialized areas may include:
The classroom teacher will implement identified accommodations within the general education classroom. The special education teacher will collaborate and consult with the general education teacher to work on IEP goals and deliver specialized instruction.

Instructiona  paraeducator will provide direct instruction in concept explanation and skill practice to improve comprehension of content.

Speech/Language Therapist will provide consultation to all adults to explain and demonstrate strategies to address language skill development. In addition, direct service will be provided for focused individual or small group skill instruction, or in inclusive natural settings.

School psychologist in conjunction with special educator will consult and implement interventions in the area of appropriate expression of social and academic behavior in the general classroom.

The special education teacher(s) will also support these academic and communication skills The special education teacher will oversee IEP implementation across curriculum and will work collaboratively with the general education teachers to ensure accommodations are in place in all classrooms.

The OT will provide 60 minutes per year of indirect services which will include: consultation and collaboration with the special ed team  and parents as well as planning, observation, material production etc. in order to assure his success in accessing keyboarding, life-skills and other school skills.

**Contingency Plan during Remote Instruction due to COVID-19**

Phase 1: During Phase 1 of Boulder Valley School District's Five Phase Plan for continuing education during the COVID-19 pandemic, instruction will be conducted using an at-home, purely online model. The student will access Special Education services via an online learning platform. Students will continue to have access to para educator supports to enhance their learning opportunities throughout Phase 1.

• Student will receive direct, specialized instruction outside general education with minimal changes in service minutes as written in IEP and delivered via an online learning platform using synchronous and/or asynchronous means.

• Student will receive indirect, specialized instruction outside general education commensurate with minutes written in IEP and delivered via synchronous and/or asynchronous means. This may include consultation with general education teachers, related service providers, and/or family members.

• No changes to accommodations will be made. Accommodations will be provided where reasonable, practicable, and essential as written in IEP and delivered via an online learning platform.

Phase 2: During Phase 2 of Boulder Valley School District's Five Phase Plan for continuing education during the COVID-19 pandemic, instruction will be conducted using an at-home, purely online model along with the possibility of a hybrid cohort model which would include 2 days a week in-person learning.   Students will continue to have access to para educator supports to enhance their learning opportunities throughout Phase 2. IEP services will mirror those as outlined in Phase 1 contingency plan.

C███████████████        ████████      ████████      ████████                2/20/2020
**Legal Name of Student**              **DOB**        **LASID**      **SASID**            **IEP Meeting Date**

Phase 3: Phase 3 Instructional Plan: During Phase 3 of Boulder Valley School District's Five Phase Plan for continuing education during the COVID-19 pandemic, instruction will be conducted using a hybrid model of in-person (in school) instruction combined with online (at home) instruction. The student will access Special Education services via an in-person (in school) and online learning platform (at home). Students will continue to have access to para educator supports to enhance their learning opportunities throughout Phase 3.

•        If the student elects full-time home learning, all special education services will be provided online. If the student elects in-person learning, special education services will be provided following a hybrid model as outlined by BVSD.

•        IEP services will mirror those as outlined in Phase 1 contingency plan.

Phase 4: During Phase 4 of Boulder Valley School District's Five Phase Plan for continuing education during the COVID-19 pandemic, the expectation is for students to access instruction via an in-person (in school) model. If a student chooses to access instruction via a blended or purely online model, that student will be allowed to do so. The student will access Special Education services via an in-person (in school) or online learning platform (at home).

•        If the student elects full-time home learning, all special education services will be provided online. If the student elects in-person learning, special education services will be provided following a hybrid model as outlined by BVSD or fully in-person (in school) as outlined by BVSD.

•        IEP service minutes and accommodations will revert to those as written in current IEP.

Phase 5 Instructional Plan: During Phase 5 of Boulder Valley School District's Five Phase Plan for continuing education during the COVID-19 pandemic, instruction, as well as Special Education service minutes, will be accessed via a traditional in-person (in school) model. If a student wishes to continue using an online learning platform to access instruction, that student will need to enroll in the Boulder Universal program.

•        IEP service minutes and accommodations will revert to IEP as written and will be delivered using an in-person model.

_____


Speech-Language wording:

The focus of speech services may shift during Phase 1 (fully remote learning) to accommodate student needs as regards accessing general education curriculum delivered virtually.  In addition, where reasonable, practicable, and essential, the speech therapist will work towards student's speech/language goals. Speech-language services will be delivered via synchronous and/or asynchronous means; that is, the speech therapist may meet with the student via videoconferencing, send home materials, and/or engage in family training. While home learning is in effect, such services will be delivered virtually. Given limitations related to the virtual educational environment, service minutes will be reduced. In addition, service minutes will be proportional to the student's general education schedule during home learning. In other words, adjustments to the general education schedule will be reflected in adjustments to service minutes provided. These adjustments will track with phase changes as directed by the district.

_____


Occupational therapy services:

Due to the suspension of in-person learning as a result of the Covid-19 outbreak, OT services will be provided virtually during Phase 1.  **Direct services** may be provided synchronously  (based on goals with parent/caregiver coaching) or asynchronously (provision of activities related to goals to be completed at student-pace, instructional videos, activity templates, and parent coaching/consultation). **Indirect services** will occur with the IEP team virtually both inside and outside the virtual classroom.  Examples of indirect services include: staff/family training, material production, consultation or collaboration with students and team members (including caregivers), and support of student access to teacher lead groups.   In Phase 2+ and 3 some service minutes may be delivered in person if the student returns to the school building. In Phase 4 and 5, minutes will revert back to what is in the current IEP and delivered in person.

| ████ | | ████ | ████ | ████ | 2/20/2020 |
|---|---|---|---|---|---|
| **Legal Name of Student** | | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

**Describe the ESY services necessary in order for the student to receive FAPE.**

C████ requires extended time (greater than three weeks) to recoup learning  after school breaks and extended absences from school. C████ requires ESY services in:

- Writing

- Language

- Vocational\Career Skills

- Mathematics

## SPECIAL EDUCATION AND RELATED SERVICES IN THE LEAST RESTRICTIVE ENVIRONMENT

| Specialized Instruction Area and/or Related Services *300.320(a)(4)* | Location | Special Education or Related Services | Service Provider Role *300.18 & ECEA 3.04* | Start Date *300.320 (a)(7)* | End Date *300.320 (a)(7)* | Frequency of Special Education/Related Services *300.320(a)(7)* | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Minutes | Frequency | Direct/ Indirect |
| Specialized Instruction | Outside General Education Classroom | Special Education | Speech Language Pathologist | 2/21/20 | 2/19/21 | 120 | monthly | Direct |
| Specialized Instruction | Outside General Education Classroom | Special Education | Speech Language Pathologist | 2/21/20 | 2/19/21 | 20 | monthly | Direct |
| Specialized Instruction | Outside General Education Classroom | Special Education | Special Education Teacher | 2/21/20 | 2/19/21 | 1,050 | weekly | Direct |
| Specialized Instruction | Outside General Education Classroom | Special Education | Special Education Teacher | 2/21/20 | 2/19/21 | 90 | weekly | Direct |
| Occupational Therapy | Outside General Education Classroom | Related | Occupational Therapist | 2/21/20 | 2/19/21 | 60 | semesterly | Indirect |

## RECOMMENDED PLACEMENT IN THE LEAST RESTRICTIVE ENVIRONMENT (SPECIAL EDUCATION SETTING) IDEA 300.320(a)(5)

*To the maximum extent appropriate, children with disabilities, including children in public or private institutions or other care facilities, are educated with children without disabilities; and special classes, separate schooling or other removal of children with disabilities from the regular education environment occurs only if the nature or severity of the disability is such that education in regular classes, with the use of supplementary aids and services, cannot be achieved satisfactorily.*

| | | | |
|---|---|---|---|
| ▮ ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮▮▮ | 2/20/2020 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **IEP Meeting Date** |

| Placement Options Considered | Selected | Describe the possible advantages and disadvantages of this placement option for the student and the modifications/supplementary aids and services considered to reduce possible disadvantages to the student. |
|---|---|---|
| General education class at least 80% of the time | No | A benefit of this placement would be that C▮▮▮ would spend more time in general education with with his nuerotypical peers. The disadvantage would be that it would significantly limit C▮▮▮▮'s time to work on his IEP goals and objectives. |
| General education class 40% to 79% of the time | Yes | The disadvantage of this setting is it allows less time with neuro typical peers. The advantage is it significantly increases C▮▮▮'s time to work on his IEP goals and objective. |

**Prior to Meeting:** General education class 40% to 79% of the time

**Placement Date:** 02/21/2020          **Placement Type:** Ages 6-21
*LRE Setting: General education class 40% to 79% of the time*
- Time in general education environment: 47.3%
- Time outside general education environment: 52.7%

# PRIOR WRITTEN NOTICE <span style="color:red">IDEA 300.503</span>

The IEP includes services to be provided to assist your child to make progress. The Present Level of Academic Achievement and Functional Performance includes information about the data used as a basis for the decisions recorded in the IEP.

**Other options considered and the reasons each option was rejected:**

Dad would like C▮▮▮▮'s day to include the following: time with peers, OT and speech therapy. Parents would like C▮▮▮ to have more OT and speech time. Currently, C▮▮▮ works with ▮▮ speech therapist 1:1.

Receptive language is strong expressive is a challenge.

AT assessment needs updating. C▮▮▮ will use technology regularly with hunting and pecking at icons: Youtube videos. He is getting better using the mouse.

Requested an iPad for C▮▮▮ to be able to use. OT and SLP will assess and report findings.

At meeting parents shared they would like C▮▮▮ to take skateboarding at ▮▮ He loves to do jumping jacks and push ups. He does special Olympics gymnastics and basketball. Let me get his "wiggles" out and he is better able to focus.

Parents report that C▮▮▮ has a mild hearing loss. On 10/21/19 C▮▮▮ was referred for further hearing screenings test per the district hearing assessment.

Parents would like C▮▮▮ to take Video and Film.

Parents requested increased OT services and a shoe tying goal

Parents would like C▮▮▮ spend as much time in general education interacting with peers as possible while still receiving an adequate amount of time in the ILC to achieve his IEP goals. Parents also requested C▮▮▮ work with peer mentors as much as possible, and if more time is needed in the ILC, they would prefer that C▮▮▮ have access to peer mentors for important social interactions with peers.

| Legal Name of Student | | DOB | LASID | SASID | 2/20/2020<br>IEP Meeting Date |
|---|---|---|---|---|---|

Parents want ████ to continue to work on being safe  (stopping at cross walks and staying with the group in school and out in the community.

**Other factors considered:**

████ is now willing to eat all foods.  Hospitalized for failure to thrive as a child due to not eating.

More independent life equates to being able to communicate with others.  ████ has a private 1x a week speech therapist that he sees outside of school.  Speech continues to improve slowly.

████ is very expressive and the more he is understood by others the better his life will be.  Parents  wonder about a tablet/technology that can help ████ speed by up speech improvement and something he can use independently.

████ will show his parents pictures when they are unable to understand him.  When he cannot what he is trying to say to a picture then we all get it.

████ has a good sense of humor.  He "loves the ladies" and responds to boys/men really well.

Use music to get ████ to do things, change classes/activities.

PE teacher:  has a peer mentor with him and they have a good relationship.  During racket sports, ████ would throw the ball over the net.  ████ likes to scooter and does it independently in the gym.

Relate anything to Disney for more motivation.

████ is very polite.

Overall, parents are very happy that ████ is at ████ .  He responds very well to the environment at ████ .

At meeting parents shared they would like ████ to take skateboarding at ████  He loves to do jumping jacks and push ups.  He does special Olympics gymnastics and basketball.  Let me get his "wiggles" out and he is better able to focus.

Parents report that ████ has a mild hearing loss.  On 10/21/19 ████ was referred for further hearing screenings test per the district hearing assessment.

Parents would like ████ to take Video and Film.

Parents requested increased OT services and a shoe tying goal

Parents would like ████ spend as much time in general education interacting with peers as possible while still receiving an adequate amount of time in the ILC to achieve his IEP goals. Parents also requested ████ work with peer mentors as much as possible, and if more time is needed in the ILC, they would prefer that ████ has access to peer mentors for important social interactions with peers.

Parents want ████ to continue to work on being safe  (stopping at cross walks and stating with the group in school and out in the community) in the school and community environments.

Parents want ████ to be able to participate in wrestling in his Junior year.


**Case Manager Contact Information**

████████

_____         _____
Name/Title                                                    Phone



**Parents of a child with a disability have protection under the procedural safeguards. For a copy of the Procedural Safeguards or assistance in understanding this information, please contact the person named above.** IDEA 300.503(b)(4)