

**Boulder Valley School District**
**Transfer Interim Plan (Not Adopted)**
08/25/2020-10/26/2020

6500 Arapahoe Rd.
Boulder, CO 80303
(303) 447-1010

S█████, F█████          █████          █████          █████          08/25/2020
**Legal Name of Student**    **DOB**       **LASID**      **SASID**      **Transfer Date**

# TRANSFER IEP  300.323(f)

The evaluation and eligibility determination dated 09/19/2019 from Northwest Santa Clara County meet Colorado standards and are adopted by the district.
   Eligibility Date: 9/19/2019
   Triennial due: 9/19/2022
   300.323(f)(2)

The evaluation and eligibility determination dated 09/19/2019 from Northwest Santa Clara County meet Colorado standards but the IEP is not adopted.
   An IEP meeting is scheduled for 09/23/2020.

**The following special education and related services will be provided on an interim basis.** 300.323(e)(2)

## DATES OF MEETINGS

**Next eligibility meeting (on or before):** 9/18/2022
**Initial eligibility:** 9/3/2010
**Initial evaluation completed:** 9/3/2010

**Next review meeting (on or before):** 10/26/2020
**Initial consent for evaluation:** 8/26/2010
**Initial consent for service:** 9/3/2010

## STUDENT AND FAMILY INFORMATION

**Home District**       Boulder Valley School District
**Home School**         █████
**Service District**    Boulder Valley School District
**Service School**      █████

█████                                           **Gender:** Male

**Race:** White                                 **Ethnicity:** Not Hispanic/Latino
**Primary Language Spoken in the Home:** English   **Student's Primary Language:**
**Does the student have Limited English Proficiency?**   **Is an interpreter needed for meetings?** No
No



---

Transfer Interim Plan (Not Adopted)      Boulder Valley School District      Page 1 of 10

**EXHIBIT 2**

| S▮▮▮▮, F▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

# ELIGIBILITY DETERMINATION

**Date Determined:** 9/19/2019
**Disabilities:** Autism Spectrum Disorders

# CONSENT TO EVALUATE

**Consent Granted:** Yes
**Date Response Received:** 8/25/2010

# CONSENT FOR SPECIAL EDUCATION SERVICES

**Consent Granted:** Yes
**Date Response Received:** 9/03/2010

# PROCEDURAL SAFEGUARDS

I have been provided the special education procedural safeguards in my native language or other mode of communication on 9/23/2020.

_____                    _____
Parent Signature  IDEA 300.504(a)                              Date

_____                    _____
Parent Signature  IDEA 300.504(a)                              Date

# TRANSFER PLAN PARTICIPANTS

_____     _____
Parent Signature                                Parent Signature

| Name | Position/Title |
|---|---|
| ▮▮▮▮▮ | Special Education Teacher |
| ▮▮▮▮▮▮▮ | Speech Language Pathologist |
| ▮▮▮▮▮▮ | Other |
| ▮▮▮▮▮▮▮▮▮ | Occupational Therapist |
| ▮▮▮▮▮ | Psychologist/Social Worker |
| ▮▮▮▮ | Principal |
| ▮▮▮▮▮ | Special Education Director or Designee |

| S███, F███ | ███ | ███ | ███ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

| | | | | |
|---|---|---|---|---|
| S▓▓▓▓, F▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | 08/25/2020 |
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

## CONSIDERATION OF SPECIAL FACTORS

**The student exhibits behavior that requires a Behavior Intervention Plan.** 300.324(1)(2)(i)
See accompanying Behavior Support Plan

**The student has unique communication needs.** 300.324(a)(2)(iv)
He uses alternative methods for communicating basic wants and needs as functional communication.

**The student needs Assistive Technology devices or services.** 300.324(a)(2)(v)
Student needs a Assistive Tech. Team assessment to determine tech needs and options.

**The student requires Special Transportation.** 300.34 Related Services (a); 300.34 (c)(16); 300.107(b)
See accompanying Transportation Request

**The student is not blind or visually impaired.** 300.324(1)(2)(iii)
**The student is not deaf or hard of hearing.** 300.324(a)(2)(iv)
**The student is not deaf-blind.** 300.324(1)(2)(iii) & 300.324(a)(2)(iv)
**The student does not have Limited English Proficiency.** 300.324(a)(2)(ii)
**The student does not require a Health Care Plan.**

## ANNUAL GOALS IDEA 300.320(a)(2)(i)

**Progress Report (Describe how parents will be informed of F▓▓▓'s progress towards goals and how frequently this will occur.)** IDEA 300.321(a)(3)(iii)
Progress will reported to parents quarterly via emailed copies of progress report.

**Goal 1**
**Area of Need:** Independent Living Skills
**Projected Achievement Date:** 10/26/2020
**ESY:** Yes
**Unit of Measurement:** Number of prompts needed
**Baseline Data Point:** F▓▓▓ has been working on completing a multistep activity on previous IEP and has not met the goal.  He was making good progress about 60% attained.
**Evaluation Method:**
**Measurable Goal:**
      By October 2021,  given a multi-step activity (food prep activity and in  job/task with 5 steps), F▓▓▓ will complete an activity with supports of modeling, physical hand over hand, gesture prompts, prompts as needed.

| S▓▓▓, F▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

**Objectives:**

By December 2020, given a multi-step activity (food prep activity and in job/task with steps), F▓▓ will complete an activity with supports of modeling, physical hand over hand, gesture prompts, as needed to complete the 5 steps with 10 or fewer prompts to complete the 5 steps.

By April 2021, given a multi-step activity (food prep activity and in school job/task with steps), F▓▓ will complete an activity with supports of modeling, physical hand over hand, gesture prompts, with 7 or fewer prompts to complete the 5 steps.

By October 2021, given a multi-step activity (food prep activity and in school job/task with steps), F▓▓ will complete an activity with supports of modeling, physical hand over hand, gesture prompts, with 5 or fewer prompts to complete the 5 steps.

**Standards:**

- Grade 08 // 1 Movement Competence and Understanding in Physical Education // 1 Demonstrate knowledge of principles and concepts for effective rhythmic motor development // Nature of Physical Education: // 1 Individuals who learn to move safely, effectively, and efficiently and who feel comfortable and confident in the performance of motor skills are more likely to participate in health-enhancing forms of physical activity throughout life.

## Goal 2
**Area of Need:** Communication
**Projected Achievement Date:** 10/26/2020
**ESY:** Yes
**Unit of Measurement:** see goal
**Baseline Data Point:** F▓▓ has followed a "stop" gesture when walking, and also responded to 2 step directives with verbal and gesture prompts.
**Evaluation Method:**
**Measurable Goal:**

By October 2021, F▓▓ will develop his functional communication skills to relay his basic wants and needs as described by the following objectives:

**Objectives:**

By March 2021, F▓▓ will use gestures and object representations to request a preferred item or activity ( e.g; walk, food, ball, straw) at least 3 times a day for 3 consecutive weeks.

By October 2021, F▓▓ will use object representations paired and/or visual representation ( pictures) to request a preferred item or activity (  e.g; walk, food, ball, straw) at least 5 times a day for 3 consecutive weeks.

**Standards:**

- Grade 08 // 1 Oral Expression and Listening // 1 Communication skills and interviewing techniques are required to gather information and to develop and deliver oral presentations // Extended Evidence Outcomes // l Select a topic, generate and ask questions related to the selected topic

## Goal 3
**Area of Need:** Independent Living Skills
**Projected Achievement Date:** 10/26/2020
**ESY:** Yes

| S▮▮▮, F▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

**Unit of Measurement:** Time on task and number of prompts needed.
**Baseline Data Point:** In previous IEP, F▮▮ has worked on this goal and had not met it.
**Evaluation Method:**
**Measurable Goal:**
 By October 2021, given a physical activity task without steps (heavy work task, job task, PE activity), F▮▮ will continue with the task for increasing duration and fading of prompts needed for 10 minutes.

**Objectives:**
 By December 2020, given a physical activity task without steps (heavy work task, job task, PE activity), F▮▮ will continue with the task for increasing duration and fading of prompts needed for 5 minutes.

 By March 2021, given a physical activity task without steps (heavy work task, job task, PE activity), F▮▮ will continue with the task for increasing duration and fading of prompts needed for 7 minutes.

 By October 2021, given a physical activity task without steps (heavy work task, job task, PE activity), F▮▮ will continue with the task for increasing duration and fading of prompts needed for 10 minutes.

**Standards:**
- // Grade 08 // 2 Physical and Personal Wellness in Physical Education // 3 Determine one's responsibility for developing skills, acquiring knowledge, and achieving fitness // c Maintain a physical activity log for an extended period, documenting progress toward achievement of personal goals

IEP Team notified on 9/21/2020 by ▮▮▮

## ACCOMMODATIONS & MODIFICATIONS

### Accommodations
What type(s) of accommodations(s) *if any* is (are) necessary for the student to access the general curriculum and/or appropriate activities to make effective progress?
IDEA 300.320(a)(4)(i)-(iii)
IDEA 300.320(a)(6)(i)
-Access to sensory tools.
-object or visual schedule
-frequent breaks
-warning before transitions.
-Use of reinforcers.
-Allow student to respond with gestures
-Simple directions with targeted language.
- Assistance with toileting and dressing.
-Assistance with meals.
-Supervision during all times of the day.
-small group and 1:1 instruction
-

### Modifications
What standards, *if any*, need to be modified, expanded, and/or prioritized for the student to access the general curriculum and/or appropriate activities to make effective progress?
All activities are modified to his learning styles, needs, and abilities in order to make progress.

| | | | | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

## STATE AND DISTRICT ASSESSMENTS

*Accommodations and modifications must reflect those used in daily classroom instruction.*

**District Assessments**

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| Reading | | |
| Writing | | |
| Math | | |
| Science | | |
| Social Studies | | |
| Other | | |

**State Assessments**

| Test | Participation | Accommodations 300.320(a)(6)(i) |
|---|---|---|
| CMAS: English Language Arts | Yes | |
| CMAS: Math | Yes | |
| CMAS Science and Social Studies | Yes | |
| PSAT | | |
| SAT | | |
| CoALT: English Language Arts/Math | | |
| CoALT: Science/Social Studies | | |
| Colorado Spanish Language Arts | | |
| ACCESS for ELLS (Online, Paper) | | |
| Alt ACCESS for ELLS | | |

**Justification for alternate assesment:** IDEA 300.320(a)(6)(ii)(A) and (B)
- The student exhibits a significant cognitive disability as determined through empirical evidence
- The student will receive instruction on the Extended Evidence Outcomes (alternate standards)
- The IEP team met to review annual assessment data and determined the student's eligibility

**If the IEP Team has determined that the student qualifies for alternate assessments, parents have been informed about the differences between regular and the alternate assessments (both state and district) and the effects of these, if any (including that, for students taking alternate assessments, achievement will be measured based on alternate achievement standards):** Yes

| S▓▓▓, F▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

## COMPARABLE SERVICE DELIVERY STATEMENT

**Statement of types and anticipated setting of services to be provided to and on behalf of the student:** 300.320(a)(7)

Under the direction of the special education teacher, IEP goals will be supported by the IEP implementors and a Board Certified Behavior Analyst (BCBA) through an integrated service delivery model which includes consultation and modeling. Services will be provided both in and out of the general education classroom. learning groups will be provided in small groups or 1:1 outside of the general education classroom.

Occupational Therapy services will be provided directly to the student individually out of the general education classroom in order to target physical motor skills. Consultation with teachers and other providers will include problem solving and recommendations to support the student in accessing his school curriculum.

Speech Therapy services will be provided directly to the student individually out of the general education classroom in order to target speech and language skills. Consultation with teachers and other providers will include problem solving and recommendations to support the student in accessing his school curriculum.

School Psychologist consultation services will be provided to school and ILC staff in support of self-determination goals.

C

Due to COVID19 health and safety requirements, there are 5 phases of school functioning.

Phase 5-School as normal, all students attending.

Phase 4- School with all students with some restrictions.

Phase 3-School hybrid learning for all students.  2 days in school and 2 days home learning.

Phase 2- School for students in ILC program (along with K-2nd grade) in a hybrid model.  2 days in school and 2 days at home learning.

Phase 1- All students in home learning model.

To participate in Phase 2-4, students need to be able to wear a mask in school.

| Specialized Instruction Area and/or Related Services 300.320(a)(4) Include ESY if applicable | Location | Special Education or Related Services | Service Provider Role 300.18 | Start Date 300.320 (a)(7) | End Date 300.320 (a)(7) | Frequency of Special Education/Related Services | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **Minutes** | **Frequency** | **Direct/ Indirect** |
| Occupational Therapy | Outside General Education Classroom | Related | Occupational Therapist | 08/25/2020 | 10/26/20 | 30 | weekly | Direct |
| Specialized Instruction | Outside General Education Classroom | Special Education | Special Education Teacher | 08/25/2020 | 10/26/20 | 945 | weekly | Direct |
| Specialized Instruction | Inside General Education Classroom | Special Education | Special Education Teacher | 08/25/2020 | 10/26/20 | 255 | weekly | Direct |
| Specialized Instruction | Outside General Education Classroom | Special Education | Speech Language Pathologist | 08/25/2020 | 10/26/20 | 180 | monthly | Direct |
| Psychologist/Social Work | Outside | Related | School | 08/25/2020 | 10/26/20 | 30 | monthly | Indirect |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S▮▮▮▮, F▮▮▮▮▮▮ | | | ▮▮▮▮▮ | | ▮▮▮▮▮ | | 08/25/2020 |
| **Legal Name of Student** | | | **DOB** | **LASID** | **SASID** | | **Transfer Date** |

| | Services | General Education Classroom | | Psychologist/ Social Worker | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## RECOMMENDED PLACEMENT IN THE LEAST RESTRICTIVE ENVIRONMENT (SPECIAL EDUCATION SETTING) IDEA 300.320(a)(5)

*To the maximum extent appropriate, children with disabilities, including children in public or private institutions or other care facilities, are educated with children without disabilities; and special classes, separate schooling or other removal of children with disabilities from the regular education environment occurs only if the nature or severity of the disability is such that education in regular classes, with the use of supplementary aids and services, cannot be achieved satisfactorily.*

| Placement Options Considered | Selected | Describe the possible advantages and disadvantages of this placement option for the student and the modifications/supplementary aids and services considered to reduce possible disadvantages to the student. |
|---|---|---|
| General education class less than 40% of the time | Yes | The advantage to the above option is that this placement allows for the appropriate amount of specialized instruction time to make good progress toward his goals. The disadvantage would be less time spent in the general ed. classroom environment. |
| General education class 40% to 79% of the time | No | The disadvantage of this option is that it would not allow for an appropriate amount of specialized instruction time for good progress. |

**Placement Date:** 08/25/2020      **Placement Type:** Ages 6-21

*LRE Setting: General education class less than 40% of the time*

- Time in general education environment: 43.5%
- Time outside general education environment: 56.5%

## PRIOR WRITTEN NOTICE IDEA 300.503

The IEP includes services to be provided to assist your child to make progress. The Present Level of Academic Achievement and Functional Performance includes information about the data used as a basis for the decisions recorded in the IEP.

**Other options considered and reasons rejected:**

The IEP team considered the IEP from the previous (California) placement , but decided not to adopt it as it did not meet Colorado state standards.

The parents requested F▮▮▮ be able to attend school without wearing a mask. At the time of this meeting the district requires students to wear a mask for in-person learning. The team offered to have F▮▮▮ come to ▮▮▮▮▮▮▮▮▮▮▮▮ for a short period of of time each day for outside services to work on the skill of mask wearing as well as receive other IEP services. At the time of the meeting the parents refused this offer. The offer to have F▮▮▮ begin with these outside services for short periods of time remains available and the family was asked to inform the school if they wish to begin this.

**Other factors considered:**

The parents shared that they want the IEP to be used as a guide and for F▮▮▮'s disability and present levels to be respected.

| S▇▇▇, F▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | 08/25/2020 |
|---|---|---|---|---|
| **Legal Name of Student** | **DOB** | **LASID** | **SASID** | **Transfer Date** |

## Case Manager Contact Information

▇▇▇▇ / 

**Name/Title**         **Phone**

**Parents of a child with a disability have protection under the procedural safeguards. For a copy of the Procedural Safeguards or assistance in understanding this information, please contact the person named above.** IDEA 300.503(b)(4)